IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

v.                                      **CRIMINAL NO. 1:15CR65-LG-RHW**

**MIKAL C. WATTS, ET AL.**

## ORDER REGARDING TRIAL EXHIBITS

The Court hereby ORDERS as follows with respect to exhibits to be offered during the trial of this action:

(1) The parties and their counsel must adhere to the E-Government Act of 2002 with respect to redaction of documents. It is the responsibility of the parties and their counsel to redact documents. The Court will not review documents for appropriate redactions.

(2) The Court acknowledges that in a case of this nature, personal identification information will necessarily need to be shown to the jury. As discussed at the Pretrial Conference, exhibits containing such information will be admitted under seal. The parties and their counsel are also directed to provide a redacted copy of any sealed exhibit so that the redacted exhibit may be made available to the public.

(3) In addition to the original exhibits that will be admitted during the trial, each party must submit to the Courtroom Deputy after the conclusion of the trial a CD of all premarked exhibits. In the event this action is appealed, all exhibits will be uploaded in compliance with the Fifth Circuit's Implementation of the Electronic Record.

**SO ORDERED AND ADJUDGED** this the 7th day of July, 2016.

                                           s/ *Louis Guirola, Jr.*
                                           LOUIS GUIROLA, JR.
                                           CHIEF U.S. DISTRICT JUDGE