IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:15cr65LG-RHW

MIKAL C. WATTS, et al.

NOTICE OF APPEARANCE-USA

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the undersigned hereby enters his appearance as co-counsel for the United States of America:

PETER A. FRANDSEN
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20530
Ph: (202) 514-0894
District of Columbia Bar No. 405614
E-mail: peter.frandsen3@usdoj.gov

Local Uniform Civil Rule 83.1(d)(10) and Local Uniform Criminal Rule 44.1.

Service of all pleadings, papers, and documents required to be served in this action on the defendant should also be served on the above-named appearing as co-counsel.

Respectfully submitted,

GREGORY K. DAVIS
United States Attorney

By:   *s /Peter A. Frandsen*
PETER A. FRANDSEN
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20530

Ph: (202) 514-0894
District of Columbia Bar No. 405614

## **CERTIFICATE OF SERVICE**

I do hereby certify that on July 12, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system.

This, the 12th day of July, 2016, at Gulfport, Mississippi.

*s/ Peter A. Frandsen*
Peter A. Frandsen
Trial Attorney
