IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:15cr65LG-RHW

MIKAL C. WATTS, et al.

MOTION TO SEAL FILING NUMBER 291

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The United States of America through its undersigned representative requests that the district court seal document number 291, filed July 13, 2016, entitled Notice of Appearance. The incorrect document was filed and contains material not relevant to the case or the filing.
.

Respectfully submitted,

GREGORY K. DAVIS
United States Attorney

By:   s /Peter A. Frandsen
PETER A. FRANDSEN
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20530
Ph: (202) 514-0894
District of Columbia Bar No. 405614

# CERTIFICATE OF SERVICE

I do hereby certify that on July 13, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system.

This, the 13th day of July, 2016, at Gulfport, Mississippi.

<u>*s/ Peter A. Frandsen*</u>
Peter A. Frandsen
Trial Attorney