AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI


SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 1 3 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

Mikal C. Watts

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 1:15CR00065-001

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

The Honorable Louis Guirola, Jr.
Chief U.S. District Court Judge
Name and Title of Judge

9/9/2016
Date